United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFERSON STALIN NUNEZ PATINO, | § § § | CIVIL ACTION NUMBER 4:26-cv-00874 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § § | |

ORDER

Petitioner Jefferson Stalin Nunez Patino filed a petition for writ of *habeas corpus* under 28 USC §2241 on February 4, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention under 8 USC §1225(b) is unlawful. He contends that any detention should instead proceed, if at all, under 8 USC §1226(a), which may entitle him to a bond hearing. Id at ¶¶31–41.

Prior order indicated that the arguments presented by Petitioner in the petition appeared to raise only issues previously resolved in the cited decisions and thus, declined to issue a show cause order to Respondents. Dkt 4. Instead, Petitioner was given an opportunity to make a further filing with additional authorities or distinguishing facts not considered in the rulings cited on prior dismissals.

Petitioner has now done so and presents a somewhat novel issue not resolved by those prior decisions. Dkt 6. Petitioner is thus entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's

continued detention. Such filing must be made by March 4, 2026, absent extension.

Petitioner may file any reply by March 9, 2026.

Hearing will be set if determined necessary after briefing closes. But a hearing will be set upon affirmative request by either party, either by Zoom or in person.

It is ORDERED that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on February 25, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge